IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>**ANGEL LUIS GARCIA-VILA,**<br>**A.K.A. "BLAQUI", "BLACKIE"**<br><br>Defendant, | INDICTMENT  Criminal No. 25-170 (SCC)<br><br>VIOLATIONS:<br><br>18 U.S.C. § 922(o)<br><br>FORFEITURE<br>18 U.S.C. § 924(d)(1)<br>18 U.S.C. § 2461(c)<br><br>(ONE COUNT) |



## COUNT ONE
**Possession of a Machinegun**
(18 U.S.C. § 922(o))

THE GRAND JURY CHARGES:

On or about March 27, 2025, in the District of Puerto Rico and within the jurisdiction of this Court,

ANGEL LUIS GARCIA-VILA,
A.K.A. "BLAQUI", "BLACKIE"

the defendant herein, did knowingly and unlawfully possess a machinegun—that is, one Glock pistol, model 43, 9mm caliber (bearing serial number ACWB225), which had been modified to shoot more than one shot, without manual reloading, by a single function of the trigger. All in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## FIREARMS FORFEITURE ALLEGATION
(18 U.S.C. §924(d)(1) and 28 U.S.C. §2461(c))

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purposes of alleging forfeitures pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461(c).

Upon conviction of the offense alleged in Count One of this Indictment, Angel Luis Garcia-Vila, shall forfeit to the United States pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461(c), any firearms and ammunition involved or used in the commission of this offense, including but not limited to, one Glock pistol, model 43, 9mm caliber, bearing serial number ACWB225 ammunition and magazines involved in the offense. All pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461(c)

W. Stephen Muldrow
United States Attorney

TRUE BILL

_____
FOREPERSON
Date: July 3, 2025

_____
Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Deputy Chief, Violent Crimes
And National Security Division

_____
Corinne Cordero-Romo
Assistant United States Attorney